# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH EX REL. EARL C.   :   No. 146 MM 2019
HANDFIELD, II

             v.

DEPUTY PROTHONOTARY OF THE
PENNSYLVANIA SUPREME COURT,

PETITION OF:  EARL C. HANDFIELD, II   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2020, the Application for Leave to File Original

Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.